U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR - 8 2016

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 1:15-CR-00040-P-BL-1** |
| | § | |
| | § | |
| **MARVIN DALE STROOPE** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**MARVIN DALE STROOPE,** by consent, under authority of <u>United States v. Dees</u>, 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a

plea of guilty to the Superseding Indictment. After cautioning and examining **MARVIN DALE**

**STROOPE,** under oath concerning each of the subjects mentioned in Rule 11, I determined that

the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty be accepted and that **MARVIN DALE STROOPE,** be

adjudged guilty and have sentence imposed accordingly.

Date: March 8, 2016.

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).